**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

AUGUSTINE M. TOGBA,

Plaintiff,

v.

UNITED STATES ATTORNEY, and RICHARD WYLIE

Defendants.

Civil No. 01-1916 (JRT/FLN)

**ORDER OF REFERENCE**

---

Augustine M. Togba, 5159 Dupont Avenue North, Minneapolis, MN 55430, *pro se* plaintiff.

Mary Trippler, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for defendant United States Attorney.

Richard Wylie, WYLIE LAW OFFICE, 701 Fourth Avenue South, Suite 500, Minneapolis, MN 55415, *pro se* defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant United States Attorney's motion to dismiss [Docket No. 8] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Jan. 9, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge