UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Augustine M. Togba,

Plaintiff,

v.

United States Attorney and
Richard Wylie,

Defendants.

Civil No. 01-1916 JRT/FLN

PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All discovery shall be commenced in time to be completed by January 1, 2003.

b. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

c. No more than 25 Requests for Admission shall be served by any party.

d. No more than 2 non-expert depositions shall be taken by any party.

e. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by February 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be

FILED FEB 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed prior to April 1, 2003.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

3. Trial

a. This case shall be ready for trial no later than May 1, 2003 , at which time it will be placed on the court's nonjury trial calendar.

b. Trial is estimated to last 3-5 trial days.

DATED: Feb. 6, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge