# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Augustine M. Togba

v.

United States of America and
Richard Wylie

Case No. Civil 01-1916 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendant United States of America's motion to dismiss is GRANTED.

DATE: September 30, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Mary Kaye Conery , Deputy Clerk